IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 8 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00107-BNB

MARTHA ANN SHARP,

    Applicant,

v.

BILL OWENS, Governor of Colorado,

    Respondent.

## ORDER DIRECTING APPLICANT TO SUPPLEMENT APPLICATION

Applicant, Martha Ann Sharp, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Denver Women's Correctional Facility. Ms. Sharp has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). The Court must construe the application liberally because Ms. Sharp is representing herself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Ms. Sharp will be ordered to supplement the application with additional information.

Ms. Sharp has failed to name the proper respondent. A habeas corpus applicant must name her warden as respondent. **See** 28 U.S.C. § 2242; **see also** Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts ("If the petitioner is currently in custody under a state-court judgment, the petition must name

as respondent the state officer who has custody"); *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir.1995) (stating that "[t]he law is well established that the proper respondent to a habeas action is the habeas petitioner's custodian"). Bill Owens is not the state officer who has custody of Ms. Sharp. Therefore, Ms. Sharp will be directed to file a supplement to the application that provides the information necessary to serve the proper respondent. Accordingly, it is

ORDERED that Ms. Sharp file **within thirty (30) days from the date of this order** a supplement to the habeas corpus application that provides the information requested in this order. It is

FURTHER ORDERED that if Ms. Sharp fails within the time allowed to file a supplement to the habeas corpus application that provides the information requested in this order, the action will be dismissed without further notice.

DATED February 8, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00107-BNB

Martha Ann Sharp
Prisoner No. 115534
DWCF
PO Box 392005
Denver, CO 80239-8001

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  2-8-07

                         GREGORY C. LANGHAM, CLERK

                         By: _____
                                Deputy Clerk