IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-00107-REB-BNB

MARTHA ANN SHARP,

    Applicant,

v.

BILL RITTER, Governor of Colorado, and
NOBLE WALLACE, Warden DWCF,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 13 2007

GREGORY C. LANGHAM
CLERK

## ORDER FOR SUBSTITUTION OF PARTY

**Blackburn, J.**

    This matter comes before me *sua sponte* for substitution of a named party defendant. Plaintiff seeks a writ of habeas corpus and has named Bill Owens, in his capacity as Governor of the state of Colorado, as a party defendant. However, Bill Owens is no longer Governor of Colorado, and, thus, is not a proper party to this action.

    Nevertheless, pursuant to Fed.R.Civ.P. 25(d)(1):

> When a public officer is a party to an action in his official capacity and during its pendency . . . ceases to hold office, the action does not abate and the officer's successor is automatically substituted as a party. Proceedings following the substitution shall be in the name of the substituted party, buy any misnomer not affecting the substantial rights of the parties shall be disregarded. An order of substitution may be entered at any time, but the omission to enter such an order shall not affect the substitution.

FED.R.CIV.P. 25(d)(1). Under this authority, I enter this order substituting Colorado Governor Bill Ritter for Bill Owens as a named party defendant in this action.

**THEREFORE, IT IS ORDERED** as follows:

1. That Bill Ritter, Governor of Colorado, is **SUBSTITUTED** as a party defendant for Bill Owens; and

2. That I find that there is good cause to amend the response deadline set in my prior **Order To Answer Within Three Days** [#16], filed March 6, 2007; and

3. That my **Order to Answer Within Three Days** [#16], filed March 6, 2007, is amended to require that the respondents shall file their response on or before **March 21, 2007**.

Dated March 12, 2007, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Robert E. Blackburn
                                      Robert E. Blackburn
                                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00107-REB-BNB

Martha Ann Sharp
Prisoner No. 115534
DWCF
PO Box 392005
Denver, CO 80239-8005

US Marshal Service
Service Clerk
Service forms for: Bill Ritter, Jr.

Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms the US Marshal Service for service of process on Bill Ritter, Jr.: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 1/17/07, SUPPLEMENT FILED 2/27/07, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/13/07.

                                              GREGORY C. LANGHAM, CLERK

                                              By: _____
                                                         Deputy Clerk