IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00107-REB-BNB

MARTHA ANN SHARP,

Applicant,

v.

BILL OWENS, Governor of Colorado,

Respondent.
_____

**ORDER**
_____

This matter is before me on a letter filed by the applicant [Doc. #25, filed 4/4/07]. The applicant states that on March 15, 2007, she received a "copy of the U.S. Marshals Service Order for Writ of Habeas Corpus for Immediate Release to be served to Colorado State Governor Bill Ritter." The applicant further states that she is "writing [] this memo to ask if [she] can go home now."

I have reviewed the record in this case. An "Order for Writ of Habeas Corpus for Immediate Release" has not been issued. To the contrary, the Court has not yet ruled on the applicant's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. #2, filed 1/17/07]. Accordingly,

IT IS ORDERED that, to the extent the applicant seeks confirmation that this Court has ordered her release from incarceration, the request is DENIED.

Dated April 6, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge