IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00107-REB-BNB

MARTHA ANN SHARP,

Applicant,

v.

BILL OWENS, Governor of Colorado,

Respondent.
_____

**ORDER**
_____

This matter is before me on the applicant's **Motion to Request Disposition of Notice 28 U.S.C 636(c)** [Doc. #28, filed 4/11/07] (the "Motion").

The Federal Rules of Civil Procedure provide that "[a]n application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought." Fed.R.Civ.P. 7(b). This Motion is incomprehensible and fails to specify either any grounds for relief or the precise nature of the relief sought. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated April 20, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge