IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00107-REB-BNB

MARTHA ANN SHARP,

Applicant,

v.

BILL OWENS, Governor of Colorado,

Respondent.
_____

## ORDER
_____

This matter is before me on the applicant's **Motion to Serve Summons & Complaint as Ordered** [Doc. #35, filed 6/19/07] (the "Motion"). The Motion is STRICKEN.

The applicant filed her "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" on January 17, 2007 [Doc. #2] (the "Application"). The respondent has answered the Application [Doc. #19] and the applicant has filed a Traverse [Doc. #23]. Thus, the matter is fully briefed.

The Motion requests that the Court grant the Application and immediately release the applicant. The Motion is redundant of the Application and Traverse. Accordingly,

IT IS ORDERED that the Motion is STRICKEN.

Dated June 27, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge