IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00107-REB-BNB

MARTHA ANN SHARP,

Applicant,

v.

BILL OWENS, Governor of Colorado,

Respondent.
_____

**ORDER**
_____

This matter is before me on the applicant's **Motion to Donate Stamps** [Doc. #36, filed 6/19/07] (the "Motion"). The Motion is DENIED AS MOOT.

The applicant filed her "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" on January 17, 2007 [Doc. #2] (the "Application"). On February 1, 2007, the applicant was permitted to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. *Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915* [Doc. #6, filed 2/1/07]. Under section 1915, the court may permit a prisoner to bring a **civil action** without prepayment of fees. 28 U.S.C. § 1915(a)(1). Where the case is a civil action within the meaning of § 1915, the prisoner is required to make monthly payments against the filing fee until it is paid in full. Id. at § 1915(b).

With the Motion, the applicant filed ten USA First Class postage stamps and ten- two cent stamps, and requested that the stamps be applied against her "court cost and fees." Habeas corpus proceedings are not "civil actions" for purposes of 28 U.S.C. § 1915, however. In re

Phillips, 133 F.3d 770, 770-71 (10th Cir. 1998).  Consequently, the applicant is not required to make monthly payments against her filing fee.

IT IS ORDERED that the Motion is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court shall return to the stamps to the applicant.

Dated June 27, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge