**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-00107-REB-BNB

MARTHA ANN SHARP,

    Applicant,

v.

BILL RITTER, Governor of Colorado,

    Respondent.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#33], filed June 11, 2007.  No objections having been filed to the recommendation, I review it only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

(1) That the **Recommendation of United States Magistrate Judge** [#33], filed June 11, 2007, is **APPROVED AND ADOPTED** as an order of this court; and

---

[1] This standard pertains even though plaintiff is proceeding *pro se.*  **Morales-Fernandez**, 418 F.3d at 1122.

(2) That plaintiff's **Motion To Amend for Additional Claim Damages** [#31], filed May 31, 2007, is **DENIED**.

Dated July 2, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**