IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00107-REB-BNB

MARTHA ANN SHARP,

Applicant,

v.

BILL OWENS, Governor of Colorado,

Respondent.

---

# ORDER

---

This matter is before me on the following papers filed by the applicant (the "Papers"):

(1)  **Parole Hearing** [Doc. #41, filed 7/5/07]; and

(2)  **Notice** [Doc. #42, filed 7/9/07].

The applicant filed her "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §
2241" on January 17, 2007 [Doc. #2] (the "Application").  The respondent has answered the
Application [Doc. #19] and the applicant has filed a Traverse [Doc. #23].  Thus, the matter is
fully briefed.

Nevertheless, the applicant continues to file papers with the Court which are redundant,
incomprehensible, not relevant to the case, and/or fail to specify any grounds for relief or the
nature of the relief sought. [Docs. #25, 28, 31, and 35].

The plaintiff's current filings fall within the above categories.  The paper entitled "Parole
Hearing" is a request by the applicant to waive an upcoming hearing with the Parole Board.  The
request is inappropriately filed in this Court.

The paper entitled "Notice" is an attempt to amend the Application to assert claims regarding the applicant's conditions of confinement.  The applicant has previously attempted to add a civil rights claim to the Application [Doc. #31], and was instructed that such claims cannot be asserted in an Application for Writ of Habeas Corpus.  *Recommendation of United States Magistrate Judge* [Doc. #33, issued 6/11/07].

IT IS ORDERED that the Papers are STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall cease filing papers that are redundant, incomprehensible, irrelevant, or do not clearly specify the relief sought and the grounds for relief.  Failure to comply with this Order may result in a recommendation that the case be dismissed.

Dated July 11, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2