IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00107-REB-BNB

MARTHA ANN SHARP,

Applicant,

v.

NOBLE WALLACE, and
BILL RITTER,

Respondents.
_____

**ORDER**
_____

This matter is before me on the respondents' Motion to Dismiss [Doc. #51, filed 12/20/07]. The applicant filed her Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on January 17, 2007 [Doc. #2] (the "Application"). The respondents seek dismissal of the Application because the applicant has absconded from the custody of the Colorado Department of Corrections. As proof of the applicant's escape from custody, the respondents attached to the Motion to Dismiss an unintelligible computer printout. There is no affidavit filed in support of the Motion to Dismiss which authenticates the computer printout, explains it, or otherwise provides proof of the argument of counsel that the applicant has absconded.

IT IS ORDERED that on or before **January 11, 2008**, the respondents shall supplement the Motion to Dismiss with <u>evidence</u> supporting the claim that the applicant has absconded.

Dated January 4, 2008.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge