IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00107-REB-BNB

MARTHA ANN SHARP,

Applicant,

v.

BILL OWENS, Governor of Colorado,

Respondent.

---

**ORDER**

---

This matter is before me on a paper filed by the applicant entitled **(Immediate Release)**

**Prior 2007 Writ of Habeas Corpus Application by Mail** [Doc. #67, filed 06/29/2010] (the

"Paper").  Any relief sought by the applicant is DENIED.

The applicant filed an "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §

2241" on January 17, 2007 [Doc. #2] (the "Application").  The Application was dismissed with

prejudice on February 7, 2008 [Doc. #63].  Judgment was entered on February 12, 2008.  Any

further filings are inappropriate unless they are seeking relief pursuant to Rule 60, Fed. R. Civ.

P.     The Paper is incomprehensible.  Therefore, it is impossible to determine the relief sought

by the applicant.

IT IS ORDERED that any relief sought in the Paper is DENIED.

Dated July 19, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge