**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00107-REB-BNB

MARTHA ANN SHARP,

    Applicant,

v.

BILL OWENS, Governor of Colorado, and
NOBLE WALLACE, Warden DWCF,

    Respondents.

---

**MINUTE ORDER**[1]

---

    The following matters are before the court for consideration: 1) plaintiff's **Motion De Novo Review Status** [#78]; 2) plaintiff's **Motion for Change of Defendant** [#79]; 3) plaintiff's **Evidence Confirmation Motion For Facts Claimed** [#80]; 4) plaintiff's **Amended Recommendation Rule 60 Response Motion** [#81]; and 5) Notice of District Court Civil (CV) Case Cover Sheet [#82], all filed November 12, 2010.  After review of the pleadings and the file, the court has concluded that the motions should be denied as moot as the court has dismissed this case pursuant to the **Order Rejecting Recommendation of The United States Magistrate Judge and Dismissing Writ of Habeas Corpus Pursuant To 2241** [#77] entered November 1, 2010.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That plaintiff's **Motion De Novo Review Status** [#78] filed November 12, 2010, is **DENIED AS MOOT**;

    2.  That plaintiff's **Motion for Change of Defendant** [#79] filed November 12, 2010, is **DENIED AS MOOT**;

    3)  plaintiff's **Evidence Confirmation Motion For Facts Claimed** [#80] filed November 12, 2010, is **DENIED AS MOOT**;

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

      4.  That plaintiff's **Amended Recommendation Rule 60 Response Motion** [#81] filed November 12, 2010, is **DENIED AS MOOT**; and

      5.  That the Notice of District Court Civil (CV) Case Cover Sheet [#82] filed November 12, 2010, is **STRICKEN**.

      Dated:  November 15, 2010