IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00107-REB-BNB

MARTHA ANN SHARP,

     Applicant,

v.

BILL OWENS, Governor of Colorado, and
NOBLE WALLACE, Warden DWCF,

     Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Blackburn, Judge

     Applicant has filed a notice of appeal from this court's final order denying her Application

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action. The court has

reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should

not be issued because Applicant has not made a substantial showing of the denial of a constitutional

right. Accordingly, it is

     ORDERED that a certificate of appealability will not be issued.

     DATED at Denver, Colorado this 10th day of February, 2011.

                         BY THE COURT:

                         s/ Robert E. Blackburn

                         JUDGE, UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO